**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**RUFUS LEE,**

    **Petitioner,**

**v.**                                    **Case No.  4:25-cv-43-MCR-MJF**

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 6, 2025, ECF No. 17. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference into this Order.

2.      Respondent's motion to dismiss, Doc. 13 is **GRANTED**.

3.      The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Rufus Lawayne Lee*, Taylor County Circuit Court Case No. 2009-CF-218, is **DISMISSED with prejudice** as time-barred.

4.      A certificate of appealability is **DENIED**.

5.      The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 1st day of May 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**